# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>KENNETH GODSEY<br><br>Defendant(s) | )<br>)<br>) Case No. 1:16MJ00021<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2015 and July 29, 2015__ in the county of __Tazewell__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 876 | Mailing Threatening Communications |

This criminal complaint is based on these facts:
See attached affadavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Micah Childers, Special Agent-FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/3/16

_____
Judge's signature

City and state: Abingdon, VA

Pamela Meade Sargent - USMJ
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

IN THE MATTER OF THE ARREST OF        :
                                      :
KENNETH ROBERT GODSEY                 :    Case No. 1:16MJ00021
                                      :
                                      :
                                      :

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Micah J. Childers, a Special Agent (SA) of the Federal Bureau of Investigation (FBI), being sworn, state as follows:

1. I am an investigative or law enforcement officer of the United States, and have been so employed for approximately six years. I am assigned to the Richmond Division, Bristol Resident Agency. During my tenure as an FBI SA, I have had investigative assignments related to violent crimes, gangs, bank fraud, wire fraud, mail fraud, and domestic and international terrorism.

2. This affidavit is made in support of an application for an arrest warrant in connection with the violation of Title 18, United States Code, Section 876(c) (Mailing Threatening Communications), where the defendant knowingly so deposits or causes to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another.

3. The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers, observations of cooperating sources as related to law enforcement, my review of official police and government reports, consultation with other Agents involved in the investigation, and knowledge gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing

Page **1** of 4

probable cause in support of the application of a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

4. On June 1, 2015, United States Attorney ("USA") for the Southern District of West Virginia, Booth Goodwin, received a letter sent through the United States Postal Service ("USPS") that communicated a threat of injury (A copy of this letter and envelope are included as **Attachment A**). The letter's envelope was addressed to "Booth Goodwin, Elizabeth Keelling Building, 601 Federal St. Bluefield, W. V.A. 24701." The original address for USA Goodwin was marked through and written beside was the following, "Please Forward: P.O. Box 1713 Charleston, WV 25326." The hand written return address on the envelope was "K. Godsey, 102 Water St., Tazewell, VA 24651." The letter was stamped "TAZEWELL REGIONAL JAIL INMATE CORRESPONDENCE." The letter was addressed to "Mr. Booth Goodwin," and was signed "Ken God." In this letter, Godsey makes numerous sexual references to USA Goodwin and his wife. This letter contained a threat to injure USA Goodwin including, but not limited to the following:

   a. There is people out there that really hates you even more. How would it feel Mr. Goodwin that someone hated you so bad to want to murder you. I just like your wife and not you. Fuck you and I hope you die and go to hell.

5. On July 29, 2015, Thomas J. Cole, Mayor of Bluefield, West Virginia, received a letter sent through the USPS that communicated a threat of injury (A copy of this letter is included as **Attachment B**). The handwritten letter envelope was addressed to "Thomas J. Cole, Municipal Complex, 200 Rogers Street, Bluefield, W.V.A. 24701." The return address on the envelope was "Kenny Godsey, 102 Water St., Tazewell, VA 24651." The letter was addressed to "Thomas," and was signed "K. God." This letter contained a threat to injure Thomas Cole and others including, but not limited to the following:

Case 1:16-cr-00014-JPJ-PMS   Document 1   Filed 03/03/16   Page 3 of 12   Pageid#: 3

a. I actually know some terrorists I'm going to have to talk to them and arrange a deal. Me myself every goddamn nigger in Bluefield I'd shoot and kill everyone of them bastards. Even you Thomas I know you even house them nasty black bastards. I'm going to cut your throat myself you trash. You need to die to and choke on your own blood. I will come across you and kill you fucker.

6. On September 21, 2015, SA Micah J. Childers interviewed Godsey. Godsey stated that he had written the July 29, 2015 letter to Thomas Cole. Godsey identified that his signature was on the letter, and that he had written the letter after reading a couple of news articles regarding Cole.

7. On December 10, 2015, SA Childers interviewed Godsey. Godsey confirmed that he remembered writing the June 1, 2015 letter to USA Goodwin, and sent the letter from Tazewell, Virginia. Godsey stated that he wrote threatening letters to help with his case and writing a threatening letter to a judge might create a conflict. Godsey stated that "being racial was some of my intent" for sending the letter to Cole. Godsey confirmed that he understood that the letter to USA Goodwin was threatening. Godsey stated that he had sent an additional threatening letter to USA Goodwin that "was even more vulgar and sexually sadistic" and worse than the June 1, 2015 letter.

8. Inmates at the Tazewell Regional Jail Facility located in Tazewell, Virginia have the opportunity to purchase pre-stamped envelopes from the facility. Inmates provide mail to be delivered to the facility's correction officers. The correction officers place the mail for delivery into a post office box located in the lobby of the facility.

9. On March 3, 2015, Godsey was transferred from Snyder County Prison, which is located in Selinsgrove, Pennsylvania to Tazewell Regional Jail Facility. Godsey has been in the custody of the Tazewell Regional Jail Facility from his transfer until present.

Page 3 of 4

Case 1:16-cr-00014-JPJ-PMS   Document 1   Filed 03/03/16   Page 4 of 12   Pageid#: 4

10. Tazewell, Virginia is located in the Western District of Virginia. The June 1, 2015 letter to USA Goodwin and July 29, 2015 letter to Thomas Cole each crossed state lines from Virginia to West Virginia when they were sent from Godsey in Virginia to USA Goodwin and Cole, respectively, who were each located in West Virginia.

**Conclusion**

11. Based on the information outlined above, the undersigned submits that there is probable cause to believe that in the Western District of Virginia, the defendant, has violated Title 18, United States Code Section 876(c) (Mailing Threatening Communications), where the defendant knowingly so deposits or causes to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another.

_____
Special Agent Micah J. Childers
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 3rd day of March, 2016.

_____ USMJ
The Honorable Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

# ATTACHMENT A

The following pages are a copy of a letter with envelope received by the Office of United States Attorney for the Southern District of West Virginia Booth Goodwin on June 1, 2015.

5-20-15

CHARLESTON, WV
2015 JUN -1 A 8:30
US ATTORNEY

Dear,

Mr. Booth Goodwin sir. How is your wife. I've read a few articles about her. She sounds like a very fascinating woman. I know she's very beautiful. You are a piece of shit though. The both of you together though sound like such a powerful couple. I admire such quality, insight, and power in such people. What is you two's salary a year. Damn a poor couple could live 2 years. Most people like yourself the percentage is proably 60 to 40 in favor in disliking you. Just like that goddamn nigger Barack O'bama. how in the fuck he ever became president I'll never know. I really hate fucking niggers. I never really could understand that I know of 90% of the people I talk to hate that nigger. Sir I really don't think you'll ever be that disliked. HA!! Maybe not Today's American culture you can never tell. There is people out there that really hates you even more. How would it feel Mr. Goodwin that someone hated you so bad to want to murder you. I just like your wife and not you. Fuck you and I hope you die and go to hell. I just want your wife. My dick is so much bigger then yours anyway. Now I can send her love letters and I know she'd love me much, much more then you. Fuck you Booth Goodwin. Noone respects you. Everyone hates you. Just vanish, die, and go away motherfucker. 2016 BARACK NIGGER O'BAMA NO LONGER PRESIDENT. YEAH The fucking nigger is finally leaving. Yippy, Yeh, Hell you fuck you

nigger. 2016 you'd no longer be president. I feel the same way about you to Boo Boo. Is that what your lil ol wifey tells ya as you fuck her. Oh my lil Boo Boo. I'm taking over honey. She likes me oh so much more. Me and her will keep in touch. Hey Boo Boo fuck you Boo Boo. I'm Kenny the Stud Man The God of Mrs Goodwin. She'll call me Stud Man! The God man. Bye Bye Boo Boo Rot in hell you bastards.

KEN GOD

R. Godsey
102 Water St.
Tazewell, VA 24651



Booth Goodwin
Elizabeth Kee
~~Flag Building~~
~~601 Federal St.~~
~~Bluefield, WV 24701~~

Please Forward:
P.O. Box 1713
Charleston, WV
25326

24701306699

**ATTACHMENT B**

The following is a letter and envelope received by Thomas J. Cole, Mayor of Bluefield, West Virginia on July 29, 2015.

Dear,

Thomas I proudly write @ you concerning your town of Bluefield, W.V.A. I know your occupation and what your job consists of. I just don't understand why you have so many goddamn niggers you have to deal with. That's all Bluefield is is all goddamn niggers. They need to destruct that whole goddamn town. Terrorists from overseas to kill and destroy all of goddamn Bluefield. I actually know some terrorists I'm going to have to talk to them and arrange a deal. Me myself every goddamn nigger in Bluefield I'd shoot and kill everyone of them bastards. nigger brains Even you Thomas I know you even house them nasty black bastards. I'm going cut your throat myself you trash. You need to die to and choke on your own blood. I will come across you and kill you fucker. Fuck you and all of Bluefield and them fuckin· niggers, I hate goddamn niggers. I'm going to set up a terroristic plot to destroy Bluefield, Me myself, and a group of terrorists are coming to kill you pieces of shit. All you niggers shall die. Fuck you Thomas and have a nice day

R. GOD

Renny Godsey
102 Wades Str
Tazewell, Va 24651

rec'd
1/28/2016

Thomas J. Cole
Municipal Complex
200 Rogers Street
Bluefield, W.V. 24701

from #
304 526 3979

24701261560